Filed 11/12/24  P. v. Carlton CA2/6

## NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

## IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

## SECOND APPELLATE DISTRICT

## DIVISION SIX

| | |
|---|---|
| THE PEOPLE,<br><br>　　Plaintiff and Respondent,<br><br>v.<br><br>TERRY CARLTON,<br><br>　　Defendant and Appellant. | 2d Crim. No. B333082<br>(Super. Ct. No. 2021016395)<br>(Ventura County) |

In 2022, Terry Carlton was charged with kidnapping (Pen. Code,[1] § 207, subd. (a); count 1) and making criminal threats (§ 422, subd. (a); count 2) against V.A., a person with whom he had lived and had a dating relationship.  A jury acquitted Carlton of these charges but convicted him of misdemeanor false imprisonment (§§ 236, 237, subd. (a)), a lesser included offense of kidnapping.  The trial court suspended imposition of sentence and placed Carlton on three years of formal probation with domestic violence terms.

---

[1] Undesignated statutory references are to the Penal Code.

We appointed counsel to represent Carlton in this appeal. After counsel examined the record, she filed an opening brief that raises no arguable issues. On August 16, 2024, Carlton was advised by mail that he had 30 days to submit any contentions or issues he wished us to consider. We have not received a response.

We have reviewed the entire record and are satisfied that Carlton's attorney fully complied with her responsibilities and that no arguable issue exists. (*People v. Wende* (1979) 25 Cal.3d 436, 441.)

The judgment is affirmed.

NOT TO BE PUBLISHED.


BALTODANO, J.


We concur:


GILBERT, P. J.


CODY, J.


2

Paul W. Baelly, Judge

Superior Court County of Ventura

_____

Lise M. Breakey, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.